NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**THOMAS P. CHOTTA,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2009-7135

---

Appeal from the United States Court of Appeals for Veterans Claims in 08-11267, Judge Alan G. Lance, Sr.

---

**ON MOTION**

---

**ORDER**

Thomas P. Chotta moves for a 45-day extension of time, until January 31, 2011, to file his reply brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

__DEC 2 0 2010__
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Kenneth M. Carpenter, Esq.
Steven M. Mager, Esq.

s21

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

DEC 2 0 2010

JAN HORBALY
CLERK